IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC., | CASE NO. CV F 08-1050 LJO SMS |
| Plaintiff, | **ORDER ON F.R.Civ.P. 12 MOTION**S <br> (Doc. 12.) |
| vs. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, et. al, | |
| Defendants. | |

On July 28, 2008, defendant Legacy Vulcan Corp. ("Vulcan") filed its F.R.Civ.P. 12 motions to dismiss plaintiff Team Enterprises, LLC's ("Team's") statutory contribution claims and to strike Team's attorney fees claims. In related action *Team Enterprises, LLC v. Western Investment Real Estate Trust, et al.,* Case No. CV F 08-0872 LJO SMS, Team filed motions to amend its complaint and to consolidate this action with Case No. CV F 08-0872 LJO SMS. Team's motions to amend and consolidate impact Vulcan's pending F.R.Civ.P. 12 motions and judicial economy. On the basis of good cause, this Court VACATES the August 28, 2008 hearing on Vulcan's F.R.Civ.P. 12 motions and DELAYS ruling on any F.R.Civ.P. 12 or related motions until Team's motions to amend and consolidate are determined. If the motion to amend is granted, Vulcan's F.R.Civ.P. 12 motions will be moot but Vulcan may file renewed F.R.Civ.P. 12 motions to address the first amended complaint. If the motion to amend is denied, this Court will reset opposition and reply briefing dates.

This Court further ORDERS defendants to file no F.R.Civ.P. 12 or related motions until Team's

1 | motions to amend and consolidate are determined.

2 |     IT IS SO ORDERED.

3 | **Dated:**   **August 7, 2008**        /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE