IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC., | CASE NO. CV F 08-1050 LJO SMS |
| Plaintiff, | **ORDER DENYING *EX PARTE* APPLICATION FOR RECONSIDERATION OF ISSUANCE OF SUMMONS** |
| vs. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, et. al, | |
| Defendants. / | |

The Court has received and reviewed plaintiff's *ex parte* application for reconsideration and request to issue a summons to plaintiff for purported defendant "Kirrberg Corporation." (Doc. 31.) As more fully stated in its order on August 22, 2008, this Court denied plaintiff's request to the Clerk of this Court for issuance of a summons. Citing California Code of Civil Procedure, the Court noted that "a judge's signature is required to correct the name. Since the Superior Court Judge did not sign the amendment, the Kirrberg Corporation was not substituted into the case. Therefore, summons will not be issued for an entity which is not a named party." (Doc. 30, Order p. 2.) The Court directed that "[i]f plaintiff seeks to correct the name, plaintiff may make the appropriate motion to the Court." (Doc. 30, Order, p. 2)

In plaintiff's *ex parte* application, plaintiff attaches a signed order by the Superior Court judge, which was signed before the removal of this case to this Court. Plaintiff, however, received

1

1  the signed order after removal and the signed order was not included in the removal papers.

2      A copy of all pleadings, process and orders served on the removing defendant in the state
3  action must be filed with the removal notice. 28 U.S.C. § 1446(a).  The signed order was not
4  included in the removal papers and needed to have been included for the relief sought by plaintiff.
5  The proper available procedure is for plaintiff to move to amend the removal petition to add the
6  missing order.  The proper procedure is not an *ex parte* motion for reconsideration.  (See Local Rule
7  6-144 and Local Rule 78-230(k).)  The Court directs plaintiff to comply with Local Rule 78-230 in
8  law and motion matters.

9      The *ex parte* application for reconsideration is DENIED.IT IS SO ORDERED.

10 **Dated:   August 25, 2008**               **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE